UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | CRIMINAL NO.: 13-164 (RWR) |
| | : | |
| **MICHAEL A. BROWN,** | : | |
| | : | |
| Defendant. | : | |

**JOINT STATUS REPORT AND JOINT MOTION TO AMEND PLEA AGREEMENT AND STATEMENT OF OFFENSE AND OTHER CONDUCT**

The parties in this matter, the United States of America and the defendant, Michael A. Brown, through their respective undersigned counsel, respectfully submit this joint status report and joint motion to amend the plea agreement and statement of offense and other conduct. In support of the joint status report and joint motion, the parties state as follows:

1. On June 10, 2013, the defendant pleaded guilty to a one-count Information charging the defendant with Bribery of a Public Official, in violation of 18 U.S.C. § 201(b)(2)(A). The defendant entered his guilty plea before the Honorable Robert L. Wilkins, pursuant to a Plea Agreement dated May 30, 2013. *See* ECF No. 8 (the "Original Plea Agreement"). The guilty plea was pursuant to Rule 11(c)(1)(C) of the Federal Rules of Criminal Procedure and capped the maximum term of incarceration at 37 months, which was at the low-end of the advisory Guidelines range stipulated to by the parties (37-46 months). During the plea proceeding, the defendant acknowledged the factual basis for his plea of guilty as presented in the Statement of the Offense and Other Conduct. *See* ECF No. 9 (the "Original Statement of Offense and Other Conduct"). Judge Wilkins concluded that the defendant's guilty plea was knowing, voluntary, and with a sufficient factual and legal basis, but deferred ruling on whether or not to accept the Rule 11(c)(1)(C) guilty plea until completion of a Pre-Sentence Report and

arguments from counsel. As part of the Original Plea Agreement, the defendant agreed to cooperate with the government in an ongoing criminal investigation.

2. On January 16, 2014, this matter was reassigned to this Court after Judge Wilkins was elevated to the United States Court of Appeals for the District of Columbia Circuit.

3. Sentencing in this matter is currently scheduled for April 28, 2014, at 9:30 a.m.

4. On January 23, 2014, this Court issued an Order requiring the parties to confer and file by February 7, 2014, a joint status report and proposed order reflecting whether either side requests that this matter be reassigned to another judge or be scheduled for a conference to further discuss the Court's knowledge of the defendant through their joint membership in the Washington, D.C. chapter of the professional fraternity, Sigma Pi Phi. The parties have conferred on this issue. The parties do not request that this matter be reassigned to another judge or be scheduled for a conference to further discuss the issue.

5. In connection with the status of the case, the parties respectfully seek to amend the terms of the Original Plea Agreement based on evidence discovered after entry of the defendant's guilty plea on June 10, 2013. A copy of the Amended Plea Agreement is attached hereto as Exhibit A. The Amended Plea Agreement modifies Paragraph 4 of the Original Plea Agreement to change only the agreed sentence under Rule 11(c)(1)(C), specifically, that a sentence of up to 43 months of incarceration, rather than 37 months of incarceration as provided in the Original Plea Agreement, is the appropriate sentence in this matter pursuant to the sentencing factors set forth in 18 U.S.C. § 3553(a).

6. As part of the defendant's acceptance of the Amended Plea Agreement, the parties also seek to amend the Original Statement of Offense and Other Conduct. A copy of the Amended Statement of Offense and Other Conduct is attached hereto as Exhibit B. The

Amended Statement of Offense and Other Conduct modifies the Original Statement of Offense and Other Conduct by adding paragraph numbers 77 through 85 to present campaign finance violations committed by the defendant during his successful campaign in 2008 for an At-Large seat on the Council of the District of Columbia, which were discovered after the defendant pleaded guilty on June 10, 2013.

7. The parties respectfully request that the Court grant this Joint Motion for the limited purpose of setting a date for a plea hearing on the Amended Plea Agreement and Amended Statement of Offense and Other Conduct.

Wherefore, for the foregoing reasons, the parties respectfully and jointly request that this Court grant the joint motion to amend the Original Plea Agreement and Original Statement of Offense and Other Conduct for the limited purpose of setting a plea hearing on the Amended Plea Agreement. For the Court's convenience, a proposed Order is attached hereto.

Respectfully submitted,

RONALD C. MACHEN JR.
United States Attorney
In and For the District of Columbia

| /s/ | /s/ |
|---|---|
| MICHAEL K. ATKINSON | REID H. WEINGARTEN |
| DAVID A. LAST | BRIAN M. HEBERLIG |
| ANTHONY D. SALER | SCOTT P. ARMSTRONG |
| Assistant United States Attorneys | Steptoe & Johnson LLP |
| Fraud and Public Corruption Section | 1330 Connecticut Avenue, N.W. |
| Washington, D.C. 20530 | Washington, D.C. 20036-1795 |
| 202.252.7817 (Atkinson) | 202.429.3000 |
| 202.252.7020 (Last) | Rweingarten@steptoe.com |
| Michael.Atkinson2@usdoj.gov | Bheberlig@steptoe.com |
| David.Last@usdoj.gov | Sarmstrong@steptoe.com |
| Counsel for the United States of America | Counsel for Defendant Michael A. Brown |

DATED: February 7, 2014